UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY

_____ :
                                :
ERNEST MONTEVECCHI,             :
                                :
          Petitioner,           :   Civ. No. 20-14708 (NLH)
                                :
      v.                        :   **MEMORANDUM OPINION & ORDER**
                                :
                                :
DAVID E. ORTIZ,                 :
                                :
          Respondent.           :
_____ :


APPEARANCE:

Ernest Montevecchi
41204-054
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

      Petitioner <u>Pro se</u>

Craig Carpenito, United States Attorney
John F. Basiak, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
402 East State Street
Suite 430
Trenton, NJ 08608

      Attorneys for Respondent

<u>HILLMAN, District Judge</u>

      WHEREAS, Petitioner Ernest Montevecchi filed a petition for

writ of habeas corpus pursuant to 28 U.S.C. § 2241, <u>see</u> ECF No.

1; and

      WHEREAS, the Court ordered Respondent to answer the

petition on October 23, 2020, <u>see</u> ECF No. 2; and

WHEREAS, Respondent requests an extension until January 6, 2021 to submit its answer, ECF No. 6,

THEREFORE, IT IS on this ___14th___ day of December, 2020

ORDERED that Respondent's request for an extension, ECF No. 6, is granted.  The response is due January 6, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


                                  ___s/ Noel L. Hillman___
At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.